JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES GONZALEZ,<br><br>    Petitioner,<br><br>    v.<br><br>F. GUZMAN, Warden,<br><br>    Respondent. | Case No. 5:23-cv-00334-HDV-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _11/08/23                    _____
                                     HERNAN D. VERA
                                     UNITED STATES DISTRICT JUDGE